Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

# MAYER | BROWN

**Matthew D. Ingber**
Partner
T: +1 212 506 2373
F: +1 212 849 5973
mingber@mayerbrown.com

April 1, 2021

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Mohammad Islam v. Lyft, Inc.*,
      No. 1:20-cv-03004 (S.D.N.Y.)

Dear Judge Abrams:

We represent Defendant Lyft, Inc. in the above-captioned matter. Pursuant to Your Honor's Individual Practices in Civil Cases Rule 1.D, the parties respectfully request a modification of the operative briefing schedule on plaintiff's pending motion for reconsideration (Dkt. No. 44). Lyft's opposition is currently due April 6, 2021, and plaintiff's reply in further support of the motion is due April 13, 2021.

Lyft's counsel respectfully seeks an enlargement of time until April 20, 2021 to file their opposition to plaintiff's motion. Counsel for plaintiff consents to the enlargement sought by Lyft. Counsel for plaintiff has requested in turn a deadline of May 4, 2021 for plaintiff's reply. Counsel for Lyft consents to the May 4, 2021 reply date. This is the parties' first request for an extension of time to respond to, and reply in further support of, the motion.

Thus, under the modified schedule agreed to by the parties, which they jointly request the Court endorse, the remaining briefing on the motion for reconsideration would be as follows: Lyft's opposition to the motion for reconsideration will be filed on or before April 20, 2021; and plaintiff's reply in further support of the motion for reconsideration will be filed on or before May 4, 2021.

Respectfully,

*/s/ Matthew D. Ingber*
Matthew D. Ingber

cc:   All counsel of record by ECF

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).