**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOHAMMAD ISLAM, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br><br>                            Defendant. | Case No. 1:20-cv-03004<br><br>**District Judge Ronnie Abrams**<br><br>SO ORDERED.<br><br>_/s/ Ronnie Abrams_<br>Hon. Ronnie Abrams<br>December 21, 2023 |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice against Defendant Lyft, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: December 20, 2023

Ria Julien
Jeanne Mirer
JULIEN MIRER SINGLA & GOLDSTEIN, PLLC
1 Whitehall St., 16th floor
New York, NY 10004
Phone: 212-231-2235
rjulien@workingpeopleslaw.com
jmirer@workingpeopleslaw.com

*Attorneys for Plaintiff*

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Tel.: (202) 263-3328
Fax: (202) 263-5328
aparasharami@mayerbrown.com

Matthew D. Ingber
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2500
Fax: (212) 262-1910
mingber@mayerbrown.com

*Attorneys for Defendant Lyft, Inc.*